■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FRANKIE C. COLON-VELAZQUEZ, Appellant. (Appeal No. 2.) [901 NYS2d 895]—Appeal from a judgment of the Ontario County Court (Frederick G. Reed, J.), rendered May 16, 2007. The judgment convicted defendant, upon his plea of guilty, of assault in the second degree, burglary in the first degree and criminal possession of a weapon in the third degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Martoche, J.P., Smith, Centra, Sconiers and Pine, JJ.